May 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JASMINE MONIQUE STELLY, Appellant

NO. 14-12-00628-CR                              V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of modification by this Court. Therefore, the judgment is **MODIFIED**, to strike the language reciting "APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED."

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.